NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JUAN M. MORALES,**
*Petitioner,*

v.

**DEPARTMENT OF HOMELAND SECURITY,**
*Respondent.*

---

2012-3004

---

Petition for review of the Merit Systems Protection Board in case no. DA3330110112-I-1.

---

## ON MOTION

---

## ORDER

Juan M. Morales moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

OCT 1 4 2011

Date

/s/ Jan Horbaly

Jan Horbaly

Clerk

cc: Juan M. Morales
Jeanne E. Davidson, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 1 4 2011

JAN HORBALY
CLERK